**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JIMMY SWEAT,

                Plaintiff,

vs.                                             Case No.  3:05-cv-1005-J-25MMH

JO ANNE B. BARNHART,
Commissioner of Social Security,

                Defendant.
_____/

## REPORT AND RECOMMENDATION[1]

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support Thereof (Doc. No. 7; Motion) filed on January 3, 2006. The Motion was referred to the undersigned for preparation of a report and recommendation. See Order (Doc. No. 8).

In the Motion, Defendant requests that this action be dismissed for lack of subject matter jurisdiction. See Motion at 1.  In support of this request, Defendant asserts that Plaintiff did not exhaust his administrative appeal remedies prior to filing this action and that this matter is still pending before the Appeals Council. See id. at 2.  Moreover, Defendant contends that because Plaintiff failed to exhaust his administrative remedies, he has not received a final decision from the Commissioner, and thus, is not entitled to judicial review

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document.  Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

at this time. See id. at 2-5. Finally, Defendant argues that Plaintiff has not alleged any basis for the Court to waive the requirement that he exhaust his administrative remedies before requesting review by this Court. See id. at 7. In response, Plaintiff acknowledges that his claim is in fact still pending before the Appeals Council and agrees the action should be dismissed at this juncture without prejudice. See Response to Motion Requesting Dismissal (Doc. No. 10).

## RECOMMENDATION

Accordingly, it is recommended that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint and Memorandum of Law in Support Thereof (Doc. No. 7) be **GRANTED** and that this case be **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk of the Court should be **DIRECTED** to administratively close this file subject to the right of any party to move to reopen the action upon a showing of good cause.

**ENTERED** at Jacksonville, Florida, on February 3, 2006.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States Magistrate Judge

Copies to:

The Honorable Henry Lee Adams, Jr.
United States District Judge

Counsel of Record