UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JIMMY SWEAT,**

    Plaintiff,

v.          CASE NO.   3:05-cv-1005-J-25MMH

**JO ANNE B. BARNHART,**
Commissioner of Social Security,

    Defendant.

___

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 11) recommending that Defendant's Motion to Dismiss Plaintiff's Complaint be granted and that this case be dismissed without prejudice. All parties previously have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections.

Upon consideration of the Report and Recommendation of the Magistrate Judge, and upon this Court's review of the record, the Court finds that the Report and Recommendation should be adopted. Accordingly, it is,

**ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation (Dkt. 11) is adopted and incorporated by reference in this Order.

2. Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt. 7) is **GRANTED**, and this case is **DISMISSED without prejudice**

3. The Clerk is directed to administratively close this file, subject to the right of any party to move to reopen the action upon a showing of good cause.

**DONE AND ORDERED** at Jacksonville, Florida this 28 day of February, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record